LET IT BE FILED
Randolf D Moss
4:50T
10/14/22

Dear Judge,

As this court is aware I was convicted of 50-grams of cocaine base in which someone lost their life. During the Compassionate Release Hearing I recall this court saying it did not see Compassionate Release, but saw First Step Act Relief.

On August 24, 2022 the court in United States v. White, No. 93-CR-97 2022 U.S. Diss. Lexis 152413 (DC. 2022), comprehensively detailed the granting of a motion seeking 3404(b) relief. After reviewing the opinion it is obvious I have a covered offense which this court may reduce my sentence on. It is therefore requested the court consider reducing mines in light of White.

P.S. I'm enclosing a couple of missives from a couple guys I mentor/train in fitness. Your Honor, exercising is my passion, after learning I'm hypertension, I became more proactive regarding my health. Also, I been approved to become a certified trainer in fitness all I have to do is pay for my books/classes. Your Honor, heres a copy of my latest programs transcripts, I have several F.S.A. classes that are not showing up, the BOP is still in the early stages of it's effectiveness, I will forward those to you as well when ever they work out the kinks. I highlighted classes that are conducive to my future in entrepreneurship. Thank you!

Respectfully,
[signature]



To Whom this may Concern,

This letter is on the behalf of my mentor Jonte Robinson. My name is Dunn Garmany, and im writing this letter to express some of the different areas he has helped me with. I am 24 yrs old and have never been in the FBOP so everything is a learning experience for me. In enviornments like these it's easy to lose yourself as well as waste very important time. This time should be used to Better yourself, And Prevail. With that being said my mentor/ big Brother has showed me how to use this time to Grow mentally, spiritually, as well as emotionally. One thing since I've meet him he always expressed is education. Having knowledge is an important key to Grow in all areas of life. Jonte supported me fully when it came to me working toward my G.E.D. He supplied me with math, reading and writing material to help me prepare for the test. Thanks to him as well as my own determination I have now completed 3 parts of the offical test. I now only have one more test and I have my full G.E.D. He has also challenged me to work on a Master plan. A master plan is a list of Goals I want to Accomplish, before I leave this zone. One I can say I already checked of my list is Exercise along with my G.E.D. My mentor is very unique in many areas and I believe without him I would have took a different route during this journey.

Further more, monday-friday we workout to Get intuned physically. Monday-Sunday we talk About different topics we have learned to keep one another sharp and thats how we practice the mental. Most importantly we share personal topics to support one another when needed thats the spiritual part. These places take the fight out of some people, But he truly continues to push. He has not let his circumstances get the Best of him even after 19 yrs. Everyday I tell myself I must want Better, I must do Better, And Jonte Robinson is leading by example, thats why I can call him my Big Brother/Mentor.

Thank you for taking the time to read this letter.
                                    Respectfully,
                                    Dunn Garmany
                                    77977-007

Dear your Honorable Judge,

My name is Sang June Han. I am a 27 year old male from Fairfax County, Virginia, currently incarcerated with Mr. Jonte Robinson. I am writing you this letter to express my encounters with Mr. Robinson. I first met Mr. Robinson in 2019, when he was moved into the housing unit I am in. At first me and Mr. Robinson were not close with each other due to our age difference, but as the time went by we eventually were acquainted. Since then, I feel Mr. Robinson and I have bonded together. I view Mr. Robinson as a mentor and older brother because he is constantly motivating me to think and move positively. I know it is genuine because if I say something negative, he will be upset with me, even if I am joking. We often talk to each other about our passions and give each other ideas and insights. He's told me about his past and it surprises me because the man I see today doesn't move like the person he says he was. I've seen Mr. Robinson defuse situations before they escalate, not like others his age who would rather result to violence. That shows me a major step in maturity and I respect him for that. Mr. Robinson always motivates me physically, while I workout and mentally, while we discuss life lessons. I thank you for taking the time to read my letter and I hope it helps you to know the impact Mr. Robinson has had on me. I hope to see Mr. Robinson released because I know that he will be a successful law-abiding citizen and changed man. Thank You.

Respectfully,
Sang June Han (92678-083)

```
   HAF68         *         INMATE EDUCATION DATA          *     09-06-2022
  PAGE 001       *              TRANSCRIPT                *     19:33:41

REGISTER NO: 34983-007    NAME..: ROBINSON              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: HAF-HAZELTON FCI

------------------------------- EDUCATION INFORMATION -----------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
HAF  ESL HAS    ENGLISH PROFICIENT            03-02-2008 0851 CURRENT
HAF  GED EARNED GED EARNED IN BOP             08-13-2020 0001 CURRENT

------------------------------- EDUCATION COURSES --------------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
HAF       SELF-STUDY ACE: INFO TECHN 3   08-09-2022  08-11-2022  P   C  P    3
HAF       FCI LIFELONG HEALTH PART 1     11-28-2021  12-27-2021  P   C  P    6
HAF       SELF-STUDY ACE: FRACTIONS      04-19-2021  04-23-2021  P   C  P    3
HAF       FCI SELF STUDY THE HUMAN EYE   03-22-2021  03-25-2021  P   C  P    3
HAF       FCI SELFSTUDY FOOTBALL HISTORY 03-22-2021  03-25-2021  P   C  P    3
HAF       SELF-STUDY ACE: STOP PROCRAST  02-08-2021  02-12-2021  P   C  P    3
HAF       SELF-STUDY ACE: ENHANCE VOCAB  02-22-2021  02-26-2021  P   C  P    3
HAF       SELF-STUDY ACE: EARTH SCIENCE  02-15-2021  02-19-2021  P   C  P    3
HAF       SELF-STUDY ACE: CREATE FUTURE  12-21-2020  12-23-2020  P   C  P    3
HAF       SELF-STUDY ACE: HOW TO LEAD    02-28-2021  03-04-2021  P   C  P    3
HAF       SELF-STUDY ACE: CREATIVE WRITE 12-07-2020  12-11-2020  P   C  P    3
HAF       SELF STUDY ACE: AMERICAN LIT   02-28-2021  03-04-2021  P   C  P    3
HAF       FCI SELF STUDY WORLD WAR 2     08-17-2020  08-21-2020  P   C  P    3
HAF       FCI SELF STUDY WORLD WAR 1     08-03-2020  08-07-2020  P   C  P    3
HAF       ADV GED: 1230-1400 R3 (M-F)    11-04-2019  08-13-2020  P   C  P  787
HAF       PRE-GED: 1230-1400 R4 (M-F)    05-17-2018  11-04-2019  C   W  I    0
HAF       ACRYLIC PAINTING 8 HOURS       08-15-2018  10-15-2018  P   C  P    8
HAF       JOB FAIR INTERVIEW             08-16-2018  08-16-2018  P   C  P    2
HAF       FCI RESUME WRITING/JOB SKILLS  06-26-2018  08-15-2018  P   C  P   15
HAF       ACE: FCI MONEY SMART           04-02-2018  05-21-2018  P   C  P   24
HAF       PRE-GED: 1230-1400 R2 (M-F)    11-14-2016  05-17-2018  C   W  I    0
HAF       FCI GED A CLASS PM1            07-25-2016  11-14-2016  C   W  I    0
HAF       (PG) INSIDE/OUT PARENTING 15HR 04-20-2016  09-21-2016  P   C  P   15
HAF       FCI GED 2 1225                 04-21-2015  07-25-2016  C   W  I    0
HAZ       USP GED PM CLASS 4             09-05-2012  04-02-2015  P   W  I  180
HAZ       (PG) DRIVER EDUCATION 10 HRS   12-01-2012  12-29-2012  P   C  P   10
HAZ       (PG)MGED6 1400, PRE-GED, M-F   03-08-2011  07-24-2012  P   W  I  436
HAZ       BASIC CLEANING INFO 18 HRS     01-05-2012  02-28-2012  P   C  P   18
HAZ       (PG) ACE SELF-DEVELOPMENT      01-05-2011  03-14-2011  P   C  P   10
HAZ       MRSA AWARENESS 2 HOURS         01-05-2011  01-05-2011  P   C  P    2
HAZ       (PG) ACE SELF-DEVELOPMENT      07-19-2010  09-20-2010  P   W  V    5
HAZ       (PG) AFR AMERICAN HISTORY ACE  11-16-2009  02-01-2010  P   C  P   10
HAZ       (PG) USP SMALL BUSINESS ACE    07-20-2009  10-19-2009  P   C  P    8
HAZ       (PG) USP TYPING ACE COURSE     05-06-2009  09-01-2009  P   C  P   10
HAZ       (PG)COMPUTER PARENTING PROGRAM 05-06-2009  06-23-2009  P   C  P   10
LEW       GED CLASS 9AM TO 10:30AM.      03-18-2009  04-16-2009  P   W  I  340
LEW       GED CLASS M-F 730-9AM.         01-30-2009  03-18-2009  C   W  I    0
LEW       AEROBIC CLASS                  12-16-2008  01-07-2009  P   C  P    8
LEW       GED CLASS 2PM TO 3:30PM.       07-30-2008  01-30-2009  C   W  I    0
LEW       WAITING LIST FOR GED CLASS     03-25-2008  07-30-2008  C   W  I    0


G0002       MORE PAGES TO FOLLOW . . .
```

```
HAF68              *       INMATE EDUCATION DATA       *    09-06-2022
PAGE 002 OF 002    *            TRANSCRIPT             *    19:33:41

REGISTER NO: 34983-007    NAME..: ROBINSON            FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: HAF-HAZELTON FCI
```

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | NUMBER OPR | 6.1 | 03-25-2008 | LEW | F | |

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | READ COMP | 10.5 | 03-25-2008 | LEW | F | |
| | SPELLING | 10.2 | 03-25-2008 | LEW | F | |
| | VOCABULARY | 8.8 | 03-25-2008 | LEW | F | |
| GED PRAC | MATH | 390.0 | 04-30-2014 | HAZ | PF | |
| GED READY | MATH | 144.0 | 04-18-2018 | HAF | RE | |
| | RLA | 147.0 | 09-04-2018 | HAF | RA | |
| | SCIENCE | 148.0 | 08-14-2018 | HAF | RC | |
| | SOC STUDY | 145.0 | 08-14-2018 | HAF | RD | |
| GED 2014 | MATH | 146.0 | 08-13-2020 | HAF | | |
| | RLA | 145.0 | 09-12-2018 | HAF | | |
| | SCIENCE | 149.0 | 08-06-2019 | HAF | | |
| | SOC STUDY | 145.0 | 09-12-2018 | HAF | | |

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```